```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/27/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLANDO ANGUIANO,

                Plaintiff,

      v.

NICKOLA C. VUKOVOJAC AND
WESTERN EXPRESS, INC.,

                Defendants.

No. 21-CV-7523 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On September 20, 2021, this Court ordered that the parties appear on November 5, 2021 at 12:00 p.m. for an initial pretrial conference. Dkt. 4. On October 4, 2021, Plaintiff filed a motion and corresponding declaration, seeking to remand the case to the Supreme Court of the State of New York, Bronx County. Dkt. 7. Plaintiff filed an amended motion three days later. Dkt. 8. Counsel for Defendants has filed a notice of appearance but has not filed an opposition to Plaintiff's motion. Dkt. 9. If Defendants do not consent to Plaintiff's motion to remand, they shall file an opposition no later than November 1, 2021. Any reply may be submitted no later than November 3, 2021.

    The Court will address the motion to remand at the conference scheduled for November 5, 2021 at 12:00 p.m. The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

    SO ORDERED.

Dated:    October 27, 2021
           New York, New York

                                                Ronnie Abrams
                                               United States District Judge